PETER A. STROTZ (SBN: 129904)
SCOTT D. LONG (SBN: 203505)
**FILICE BROWN EASSA & MCLEOD LLP**
Lake Merritt Plaza
1999 Harrison Street, Eighteenth Floor
Oakland, California 94612-3541
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Defendant
THE GLIDDEN COMPANY, INC. d/b/a ICI PAINTS
(erroneously sued herein as
ICI PAINTS NORTH AMERICA, INC.)

FILED
NOV 3 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| BARRIER SPECIALTY ROOFING & COATINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ICI PAINTS NORTH AMERICA, INC., and DOES 1 to 100, inclusive,<br><br>Defendants. | Docket No.: 1:07-CV-01614-LJO-TAG<br><br>**STIPULATION AND ORDER CONTINUING DEFENDANT THE GLIDDEN COMPANY, INC. D/B/A ICI PAINTS' MOTION TO DISMISS FOR DEFECTS IN SERVICE OF PROCESS, OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Original Date: December 18, 2007<br>New Date: January 17, 2008<br>Time: 8:30 a.m.<br>Courtroom: 4 (Hon. Lawrence J. O'Neill) |

Defendant THE GLIDDEN COMPANY, INC. d/b/a ICI PAINTS (erroneously sued herein as ICI PAINTS NORTH AMERICA, INC.; "Glidden") has filed a Motion to Dismiss for Defects in Service of Process, or, in the alternative, Motion for a More Definite Statement with a hearing date of December 18, 2007, in the above-referenced Courtroom at the above-referenced time. Counsel for the parties have conferred regarding the substance of these motions and counsel for

-1-

plaintiff BARRIER SPECIALTY ROOFING & COATINGS, INC. ("Barrier"), has agreed to amend the Complaint. Additionally, the parties have agreed that Barrier may effect service of process through mail service upon Glidden's counsel of record. Accordingly, in order to allow Barrier time to accomplish these acts, the parties jointly request that the Court continue the hearing date for Glidden's subject motions to January 17, 2008, at 8:30 a.m., in Courtroom 4 before the Honorable Lawrence J. O'Neill.

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that there is good cause for continuing the hearing of Defendant Glidden's motion to dismiss for defects in service of process, or, in the alternative, motion for a more definite statement from December 18, 2007, to January 17, 2008, at the same time and courtroom.

DATED:     November ___, 2007          COOPER & HOPPE

---

THEODORE W. HOPPE
Attorneys for Plaintiff
BARRIER SPECIALTY ROOFING & COATINGS, INC.

DATED:     November ___, 2007          FILICE BROWN EASSA & MCLEOD LLP

---

PETER A. STROTZ
SCOTT D. LONG
Attorneys for Defendant
THE GLIDDEN COMPANY, INC. (erroneously sued herein as ICI PAINTS NORTH AMERICA, INC.)

-2-

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

# ORDER

Good cause appearing, IT IS ORDERED THAT:

1. The previously scheduled hearing of Defendant Glidden's Motion to Dismiss for Defects in Service of Process, or, in the alternative, Motion for a More Definite Statement is hereby continued from December 18, 2007, to January 17, 2008, at 8:30 a.m. in Courtroom 4 of this Court.

2. This Stipulation and Order constitute notice of the new hearing date and no further notice need be given.

DATED: November 30, 2007

_____
Judge Lawrence J. O'Neill
United States District Court, Eastern District of California

-3-

05755 34165 SLONG 575440.1

1:07-CV-01614-LJ0-TAG
STIPULATION AND ORDER CONTINUING DEFENDANT THE GLIDDEN COMPANY, INC.
D/B/A ICI PAINTS' MOTION TO DISMISS FOR DEFECTS IN SERVICE OF PROCESS, OR,
IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131