UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIER SPECIALTY ROOFING & COATINGS, INC., | CASE NO. CV-F-07-1614 LJO TAG |
| Plaintiff, | **ORDER ON MOTION TO DISMISS** (Doc. 10) |
| vs. | |
| THE GLIDDEN COMPANY, erroneously sued as ICI Paints, | |
| Defendant. / | |

On November 15, 2007, Defendant The Glidden Company, erroneously sued as ICI Paints ("Glidden") moved to dismiss the complaint for defect in service, pursuant to Fed. R. Civ. P. 12(b)(5) and for a more definite statement, pursuant to Fed. R. Civ. P. 12(e). On November 30, 3007, this Court signed a stipulation and order provided by the parties ("the stipulation"). In the stipulation, the parties agreed that Plaintiff Barrier Specialty Roofing & Coatings, Inc. ("Barrier Specialty") would cure the defect complaint and file a first amended complaint. Additionally, the parties agreed that Barrier Specialty may effect service of process through mail service upon Glidden's counsel of record.

In accordance with the stipulation, on December 19, 2007, Barrier Specialty filed a first amended complaint, which was served on Glidden's counsel of record electronically. Glidden's counsel also informed the Court that this motion made be taken off calendar. Accordingly, Glidden's motion to dismiss is moot and the clerk of court is directed to TERMINATE this motion. (Doc. 10).

IT IS SO ORDERED.

**Dated:   January 4, 2008**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE