# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRIER SPECIALTY ROOFING & COATINGS, INC.,

    Plaintiff,

vs.

ICI PAINTS,

    Defendant.

_____/

CASE NO. CV-F-07-1614- LJO-TAG

The parties' counsel indicated that they consent to the conduct of all further proceedings, including trial and final judgement, before United States Magistrate Judge Theresa A. Goldner. Accordingly, this Court:

    1.     ORDERS the parties' counsel, no later than August 15, 2008, to date, sign and file a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"); and

    2.     DIRECTS the clerk to attach a consent form to this order.

IT IS SO ORDERED.

**Dated:   August 1, 2008**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE