# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIER SPECIALTY ROOFING & COATINGS, INC., | CASE NO. CV-F-07-1614- LJO-TAG **New Case NO. CV-F-07-1614 TAG** |
| Plaintiff, | **ORDER TO REASSIGN ACTION** |
| vs. | |
| ICI PAINTS, | |
| Defendant. | |

All parties consent to the conduct of all further proceedings, including trial and final judgement before United States Magistrate Judge Theresa A. Goldner (Docs. 41, 42). Accordingly, pursuant to 28 U.S.C. §636(c)(1), this Court **REASSIGNS** this action to Judge Theresa A. Goldner for all further proceedings. **All further papers shall bear the new case number CV-F-07-1614-TAG**.
IT IS SO ORDERED.

**Dated:   August 20, 2008**             /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1