**Theodore W. Hoppe, #138064**
**Brian H. O'Driscoll #191248**
**HOPPE LAW GROUP**
*ATTORNEYS AT LAW*
*680 W. Shaw Avenue, Suite 207*
*Fresno, California 93704*
*Telephone (559) 241-7070*
*Facsimile (559) 241-7212*

Attorneys for Plaintiff, BARRIER SPECIALTY ROOFING & COATINGS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| BARRIER SPECIALTY ROOFING & COATINGS, INC. </br></br> Plaintiff, </br></br> vs. </br></br> ICI PAINTS NORTH AMERICA, INC., and DOES 1 to 100, inclusive, </br></br> Defendants. | CASE NO: 1:07-CV-01614 LJO TAG </br></br> **STIPULATION AND ORDER TO AMEND CASE SCHEDULE** |

The parties hereto, by and through the undersigned, hereby stipulate and agree that the case schedule may be changed, as follows:

| **Event** | **Current Date/Time** | **New Date/Time** |
|---|---|---|
| Settlement Conference in Courtroom 9 | March 9, 2009 @ 10:00 a.m. | May 12, 2009 @ 10:00 a.m. |

DATED: February 24, 2009                          HOPPE LAW GROUP


                                       By:     /s/
                                            THEODORE W. HOPPE
                                            Attorneys for Plaintiff, BARRIER
                                            SPECIALTY ROOFING & COATINGS,
                                            INC.

| | | |
|---|---|---|
| 1 | DATED: February 23, 2009 | FILICE BROWN EASSA & McLEOD, LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/<br>Scott David Long |
| 5 | | Attorneys for Defendant, THE GLIDDEN COMPANY, INC. dba ICI PAINTS |

**ORDER**

IT IS SO ORDERED.

Dated:  **February 24, 2009**          **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE