**Theodore W. Hoppe, #138064**
**Brian H. O'Driscoll #191248**
**HOPPE LAW GROUP**
*ATTORNEYS AT LAW*
*680 W. Shaw Avenue, Suite 207*
*Fresno, California 93704*
*Telephone (559) 241-7070*
*Facsimile (559) 241-7212*

Attorneys for Plaintiff, BARRIER SPECIALTY ROOFING & COATINGS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| BARRIER SPECIALTY ROOFING & COATINGS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> ICI PAINTS NORTH AMERICA, INC., and DOES 1 to 100, inclusive, <br><br> Defendants. | **CASE NO: 1:07-CV-01614 GSA** <br><br> **STIPULATION AND ORDER TO AMEND CASE SCHEDULE** |

The parties hereto, by and through the undersigned, hereby stipulate and agree that the case schedule may be changed, as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosure | August 14, 2009 | September 4, 2009 |
| Supplemental Expert Disclosure | August 21, 2009 | September 11, 2009 |
| Non-Expert Discovery Cutoff | August 28, 2009 | September 11, 2009 |

The parties agree that the changes to the schedule are necessary to accommodate additional necessary discovery, including expert visual inspections of property located in Puerto Rico. With the modified schedule, the parties anticipate that they will have sufficient time to perform the

inspection and conduct any additional testing or analysis.  The parties also agree that neither they nor any of the potential witnesses in this case will be prejudiced by this change to the schedule.

DATED: July 22, 2009                                  HOPPE LAW GROUP


By:   //Brian H. O'Driscoll//
      Brian H. O'Driscoll
      Attorneys for Plaintiff, BARRIER SPECIALTY ROOFING & COATINGS, INC.

DATED:  July 22, 2009                                 FILICE BROWN EASSA & McLEOD, LLP


By:   //Momo Takahashi//
      Peter A. Strotz
      Momo E. Takahashi
      Attorneys for Defendant, THE GLIDDEN COMPANY, INC. dba ICI PAINTS

**ORDER**

IT IS SO ORDERED.

**Dated:   July 27, 2009**                     /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE