1  **Theodore W. Hoppe, #138064**
   **Brian H. O'Driscoll #191248**
2  **HOPPE LAW GROUP**
   *ATTORNEYS AT LAW*
3  *680 W. Shaw Avenue, Suite 207*
   *Fresno, California 93704*
4  *Telephone (559) 241-7070*
   *Facsimile (559) 241-7212*
5

6  Attorneys for Plaintiff, BARRIER SPECIALTY ROOFING & COATINGS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11 | BARRIER SPECIALTY ROOFING &        )   **CASE NO: 1:07-CV-01614**
   | COATINGS, INC.                     )
12 |                                    )
   |                                    )   **STIPULATION AND ORDER**
   |                                    )   **FOR DISMISSAL WITH PREJUDICE**
13 |              Plaintiff,            )
   |                                    )
14 | vs.                                )
   |                                    )
15 | ICI PAINTS NORTH AMERICA, INC., and)
   | DOES 1 to 100, inclusive,          )
16 |                                    )
   |                                    )
17 |              Defendants.           )
   |                                    )
18 |_____)

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

IT IS HEREBY STIPULATED by and between Plaintiff, BARRIER SPECIALTY ROOFING & COATINGS, INC., by and through its counsel, Hoppe Law Group, by Theodore W. Hoppe, and Defendant, ICI PAINTS NORTH AMERICA, INC., by and through its counsel, Filice, Brown, Eassa & McLeod, LLP, by Richard V. Normington, that the above-entitled action be dismissed in its entirety with prejudice.

DATED: October 26, 2009        HOPPE LAW GROUP

By:   //Brian H. O'Driscoll, Esq.//
      Theodore W. Hoppe, Esq.
      Brian H. O'Driscoll, Esq.
      Attorneys for Plaintiff,
      BARRIER SPECIALTY
      ROOFING & COATINGS, INC.

DATED: October 26, 2009        FILICE BROWN EASSA & McLEOD, LLP

By:   //Richard V. Normington, Esq.//
      Richard V. Normington, Esq.
      Attorneys for Defendant,
      THE GLIDDEN COMPANY, INC.
      dba ICI PAINTS

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of the parties, this case is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated:   **October 27, 2009**          /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE